UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE V. TORRES, <br> *Plaintiff*, | ) <br> ) <br> ) | CASE NO. 3:22-cv-973 (KAD) |
| v. | ) <br> ) | |
| TIMETHEA PULLEN, <br> *Defendant*. | ) <br> ) | JANUARY 26, 2023 |

## MEMORANDUM OF DECISION
### [RE: (ECF NO. 1)]

Kari A. Dooley, United States District Judge:

The petitioner, Katherine Torres ("Torres"), filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Torres argued that she has not been awarded Earned Time Credits to which she is entitled under the First Step Act and sought award of those credits.

In addition to her response to the order to show cause, ECF No. 12, Sept. 19, 2022, the respondent has filed a notice informing the court that Torres was released from custody on December 30, 2022. *See* Ex. A, ECF No. 13, Jan. 26, 2023. The Inmate Locator function on the Bureau of Prisons website confirms that Torres has been released. *See* Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc// (last visited Jan. 26, 2023).

As there is no relief the Court can now afford her, Torres' petition [**ECF No. 1**] is **DENIED** as moot. *See Coston v. U.S. Attorney General*, No. 13-cv-4440 (PKC), 2018 WL 1221120, at *4 (E.D.N.Y. Mar. 8, 2018) (§ 2241 habeas petition held moot because petitioner "has since been released from federal custody and his sentence has fully expired"). The Clerk of the Court is directed to enter judgment and close this case.

2

**SO ORDERED** at Bridgeport, Connecticut, this 26th day of January 2023.

                                                */s/ Kari A. Dooley*
                                                KARI A. DOOLEY
                                                UNITED STATES DISTRICT JUDGE